

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

JOSE GUADALUPE RODRIGUEZ ELIZONDO

      VS.                                               CAUSE NUMBER PD-1039-14

THE STATE OF TEXAS

## **ORDER**

The above styled and numbered cause is before this Court in Cause No. CR-3485-10-I

from THE 298TH District Court of Hidalgo County.

The Court is of the opinion the following exhibits should be inspected:

1. State's Exhibit # 135 ( DVD recording)
2. State's Exhibit # 136 ( DVD recording)
3. State's Exhibit # 137 ( DVD recording)

Pursuant to Tex. R. App. 34.6(g)(2), the District Clerk of Hidalgo County is ordered to file this

exhibit with the Clerk of this Court on or before the 9th day of December, 2015.

IT IS SO ORDERED THIS THE 30th DAY OF NOVEMBER, 2015

PER CURIAM

EN BANC

DO NOT PUBLISH